### LUTHER JOHNSON v. THE STATE.

*No. 524. Decided January 30.*

1. **Recognizance—Selling Liquor on Sunday, as Agent, etc.—**A recognizance on appeal from a conviction for selling liquor on Sunday as agent, etc., for another, is fatally defective if it omits the allegation of agency.

2. **Selling on Sunday.—**It is not an offense to sell on Sunday, except in violation of the statute.

APPEAL from the County Court of Johnson. Tried below before Hon. F. E. ADAMS, County Judge.

The information charged, that appellant sold one pint of alcoholic liquor, as agent and employe of Sam Sanders, a merchant, etc., to one J. H. Weatherby, on Sunday. The trial resulted in a conviction, with penalty assessed at a fine of $20. The recognizance on appeal recited the offense "of unlawfully and willfully selling alcoholic liquor on Sunday." The Assistant Attorney-General moved to dismiss the appeal, (1) because the recognizance does not recite the offense for which the defendant was convicted; (2) it does not recite any offense against the law of the State, nor facts which would constitute a violation of the Sunday law.

*M. A. Oatis,* for appellant.

*Mann Trice,* Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was charged with and convicted of selling liquor on Sunday, as agent, employe, etc., of another. The offense is averred in appropriate terms. The recognizance recites, that the appellant is charged with and convicted of selling the liquor on Sunday, omitting the allegation that he sold it as agent, etc., of another, who was engaged in the business set forth in the indictment. The recognizance is fatally defective, and recites no offense. It is not an offense to sell on Sunday except in violation of the statute.

The motion of the Assistant Attorney-General to dismiss the appeal is sustained, and the appeal is dismissed.

*Appeal dismissed.*

Judges all present and concurring.